# EXHIBIT A

## Case Information

# Kwame Opeyo VS. EQUIFAX INFORMATION SERVICES, LLC, TRUIST BANK

25CV000909

Location
Fulton - Superior Court

Case Category
Civil

Case Type
DAMAGES

Case Filed Date
1/21/2025

Judge
MCAFEE, SCOTT

Case Status
Open (Open)

## Parties [3]

| Type | Name | Nickname/Alias | Attorneys |
|------|------|----------------|-----------|
| DEFENDANT | EQUIFAX INFORMATION SERVICES, LLC | | KRISTIN ZIELMANSKI |
| DEFENDANT | TRUIST BANK | | |
| PLAINTIFF | Kwame Opeyo | | LaTonya Sims |

## Events [8]

| Date | Event | Type | Comments | Documents |
|------|-------|------|----------|-----------|
| 1/21/2025 | Filing | PLAINTIFF'S ORIGINAL PETITION | and Exhibits | COMPLAINT.pdf |
| 1/21/2025 | Filing | CASE INITIATION FORM | OTHER GENERAL CIVIL | CASE INITIATION FORM.pdf |
| 1/21/2025 | Filing | SUMMONS | as to Defendant Equifax | SUMMONS.pdf |
| 1/21/2025 | Filing | SUMMONS | as to Defendant Truist | SUMMONS.pdf |
| 2/5/2025 | Filing | ORDER | 25CV000909 ORDER FOR SERVICE AND FILE DEFAULT MOTION | ORDER.pdf |
| 2/10/2025 | Filing | AFFIDAVIT | Affidavit of Service as to Defendant Equifax | AFFIDAVIT.pdf |
| 2/10/2025 | Filing | AFFIDAVIT | Affidavit of Service as to Defendant Truist | AFFIDAVIT.pdf |
| 2/27/2025 | Filing | STIPULATION EXTENDING TIME | JOINT STIPULATION TO EXTEND DEFENDANTS DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT | STIPULATION EXTENDING TIME.pdf |



Fulton County Superior Court
***EFILED***LW
Date: 1/21/2025 4:21 PM
Che Alexander, Clerk

## IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

KWAME OPEYO,

                Plaintiff,

        v.

TRUIST BANK and
EQUIFAX INFORMATION SERVICES, LLC,

              Defendants.

CIVIL ACTION NO.: **25CV000909**

## COMPLAINT

Plaintiff Kwame Opeyo (hereinafter "Plaintiff"), by and through his attorneys, the Law Offices of Robert S. Gitmeid & Associates, PLLC, by way of Complaint against Defendants, Truist Bank (hereinafter "Truist") and Equifax Information Services, LLC (hereinafter "Equifax") (collectively "Defendants"), hereby alleges as follows:

## INTRODUCTION

1.

This is an action for damages brought by an individual consumer for Defendants' violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (hereinafter the "FCRA") and other claims related to unlawful credit reporting practices. The FCRA prohibits furnishers and consumer reporting agencies (hereinafter "CRA" or "CRAs") from falsely and inaccurately reporting consumers' credit information.

## PARTIES

2.

Plaintiff is an adult citizen of the State of Georgia, domiciled in Atlanta, DeKalb County, Georgia.

3.

Plaintiff is a "consumer" as defined by 15 U.S.C. § 1681a(c) of the FCRA.

4.

Truist is a national banking company and "furnisher" of consumer credit information as that term is used in 15 U.S.C. § 1681s-2 of the FCRA.

5.

Truist is a foreign profit corporation that is qualified to do business in the State of Georgia and regularly conducts business in the State of Georgia. Truist, maintains its principal office in the State of North Carolina at 214 North Tyron Street, Charlotte, North Carolina 28202.

6.

Equifax is a limited liability company that engages in the business of maintaining and reporting consumer credit information. Equifax is a "consumer reporting agency" as defined in 15 U.S.C. § 1681a(f) of the FCRA.

7.

Equifax is a limited liability company that is qualified to do business in the State of Georgia and regularly conducts business in the State of Georgia. Equifax is one of the largest CRAs in the world and maintains its principal office in the State of Georgia at 1550 Peachtree Street NE, Atlanta, Georgia 30309.

## JURISDICTION AND VENUE

8.

This Court holds jurisdiction over Truist pursuant to O.C.G.A. § 9-10-91 because (1) Truist transacted business with Equifax and Plaintiff in relation to the acts and/or omissions at issue; (2) Truist's acts and/or omissions at issue were committed in the State of Georgia by way of Truist's interactions with Equifax and Plaintiff; and (3) Plaintiff's damages in this matter occurred in the State of Georgia by way of Equifax's inaccurate and detrimental credit reporting of his Truist account.

9.

This Court holds jurisdiction over Equifax because Equifax is a resident of the State of Georgia.

10.

Venue is proper in this Court because Defendant Equifax is domiciled in Fulton County, Georgia.

## FACTUAL ALLEGATIONS

11.

Truist issued a credit account ending in 2311 to Plaintiff. The Truist account was routinely reported on Plaintiff's consumer credit report.

12.

The consumer credit report at issue is a written communication of information concerning Plaintiff's credit worthiness, credit standing, credit capacity, character, general reputation, personal characteristics, or mode of living which is used for the purpose of serving as a factor in

establishing the consumer's eligibility for credit to be used primarily for personal, family, or household purposes as defined by 15 U.S.C. § 1681a(d)(1) of the FCRA.

13.

On or about November 17, 2023, Plaintiff and Truist entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached hereto as **Exhibit A**.

14.

Pursuant to the terms of the settlement, Plaintiff was required to make one lump sum payment totaling $1,546.00 to settle and close his Truist account.

15.

Plaintiff, via his debt settlement representative, timely made the one lump sum requisite settlement payment. A paid in full letter is attached hereto as **Exhibit B**.

16.

However, nearly a year later, Plaintiff's Truist account continued to be negatively and inaccurately reported on his credit report.

17.

In particular, on a requested credit report dated September 26, 2024, Plaintiff's Truist account was reported with a status of "Charge-off," an unpaid balance of $3,431.00 and a payment status of "Collection/Charge Off." The relevant portion of Plaintiff's September 2024 credit report is attached hereto as **Exhibit C**.

18.

This tradeline was inaccurately reported. As evidenced by the enclosed settlement documents and information, the account was settled for less than the full balance and must be reported as settled with a balance of $0.00.

19.

On or about September 26, 2024, Plaintiff, via counsel, notified the national CRAs directly, including Equifax, of a dispute with completeness and/or accuracy of the reporting of Plaintiff's Truist account. A copy of Plaintiff's dispute letter is attached hereto as **Exhibit D**.

20.

Therefore, Plaintiff disputed the accuracy of the derogatory and inaccurate information reported by Truist to the national CRAs, including Equifax, via certified mail in accordance with 15 U.S.C. § 1681i of the FCRA.

21.

In November 2024, Plaintiff requested an updated credit report for review. The tradeline for Plaintiff's Truist account remained inaccurate as Defendants failed to correct the inaccuracy. The relevant portion of Plaintiff's November 2024 credit report is attached hereto as **Exhibit E**.

22.

Upon information and belief, neither Equifax nor any other CRA notified Truist of the dispute by Plaintiff in accordance with the FCRA. Alternatively, Equifax or another CRA did notify Truist of Plaintiff's dispute, but Defendants failed to properly investigate and delete the tradeline at issue or failed to properly update the tradeline on Plaintiff's credit report.

23.

If Defendants had performed a reasonable investigation of Plaintiff's dispute, then Plaintiff's Truist account would have been updated to reflect a settled status with a balance of $0.00.

24.

Although Truist has promised through its subscriber agreements and/or contracts to accurately update consumer accounts, Truist has nonetheless intentionally, willfully, recklessly, and/or negligently failed to follow this requirement, as well as the requirements set forth under the FCRA. This has resulted in the inaccurate and detrimental information remaining on Plaintiff's credit report.

25.

Defendants failed to properly maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit information and credit reports, concerning the Truist account at issue, thus violating the FCRA. These violations occurred before, during, and after the dispute process began.

26.

At all times pertinent hereto, Defendants were acting by and through their agents, servants, and/or employees, who were acting within the scope and course of their employment, and under the direct supervision and control of the Defendants herein.

27.

At all times pertinent hereto, the conduct of Defendants, as well as that of their agents, servants, and/or employees was intentional, willful, reckless, negligent, and/or in wanton disregard for federal law and the rights of the Plaintiff herein.

## CAUSE OF ACTION
## FAIR CREDIT REPORTING ACT

28.

Plaintiff reasserts and incorporates herein by reference all facts and allegations set forth above.

29.

Equifax is a "consumer reporting agency," as codified at 15 U.S.C. § 1681a(f).

30.

Truist is an entity that, regularly and in the course of business, furnishes information to one or more CRAs about its transactions and/or experiences with any consumer and therefore constitutes a "furnisher," as codified at 15 U.S.C. § 1681s-2.

31.

Truist is reporting inaccurate credit information concerning Plaintiff to one or more CRAs as defined by 15 U.S.C. § 1681a of the FCRA.

32.

Plaintiff notified the national CRAs directly, including Equifax, regarding a dispute on the Truist account's completeness and/or accuracy, as reported.

33.

Truist failed to complete an investigation of Plaintiff's written dispute and provide the results of an investigation to Plaintiff and the CRAs within the 30-day statutory period as required by 15 U.S.C. § 1681s-2(b).

34.

Truist failed to promptly modify the inaccurate information on Plaintiff's credit report in violation of 15 U.S.C. § 1681s-2(b).

35.

Truist failed to correct and update Plaintiff's inaccurate credit information with all CRAs in violation of 15 U.S.C. § 1681s-2(b)(1)(D).

36.

Equifax failed to delete information found to be inaccurate, reinserted the information without following the FCRA, and/or failed to properly investigate Plaintiff's dispute.

37.

Equifax failed to maintain and failed to follow reasonable procedures to assure maximum possible accuracy of Plaintiff's credit report, concerning the Truist account at issue, thus violating 15 U.S.C. § 1681e(b).

38.

As a result of the above violations of the FCRA, Plaintiff suffered actual damages in one or more of the following categories: decreased credit score, decreased credit capacity, denial of credit, embarrassment and emotional distress caused by the inability to obtain financing for everyday expenses, increased interest rates, and other damages that may be ascertained at a later date.

39.

As a result of the above violations of the FCRA, Defendants are liable to Plaintiff for actual damages, punitive damages, statutory damages, attorneys' fees, and costs.

## CLAIM FOR RELIEF

**WHEREFORE**, Plaintiff respectfully requests that judgment be entered against Defendants as follows:

(a)  That judgment be entered against Defendants for actual damages pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o;

(b)  That judgment be entered against Defendants for statutory damages pursuant to 15 U.S.C. § 1681n;

(c)  That judgment be entered against Defendants for punitive damages pursuant to 15 U.S.C. § 1681n;

(d)  That the Court award costs and reasonable attorneys' fees pursuant to 15 U.S.C. § 1681n, or alternatively, 15 U.S.C. § 1681o; and

(e)  That the Court grant such other and further relief as may be just and proper.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

## DEMAND FOR JURY TRIAL

Pursuant to O.C.G.A. § 9-11-38, Plaintiff demands a trial by jury in this action of all issues so triable.

Dated: January 21, 2025

Respectfully submitted,

**Law Offices of Robert S. Gitmeid & Associates, PLLC**

*LaTonya Sims, Esq*

By: LaTonya Sims, Esq.
Georgia Bar No. 711135
100 Galleria Parkway, Suite 1570
Atlanta, Georgia 30339
Tel: (770) 874-2445
Email: LaTonya.S@gitmeidlaw.com
*Attorney for Plaintiff Kwame Opeyo*

# EXHIBIT A



**Truist Bank**
P.O. Box 85041
Richmond, VA 23285
Tel.: 800.211.9625
TDD: 888.833.4228

November 17, 2023

KWAME OPEYO



RE:  Account Number ██████████ 2311

Dear KWAME OPEYO:

As per our telephone conversation, Truist Bank is offering you the following settlement on your above referenced account.

> Upon payment and receipt by Truist Bank of funds in the amount of $1,546.00, to be paid in lump sum by 11/30/2023, Truist will accept this amount in settlement of the balance you owe.. Truist further agrees to forgo any further collection activities with regard to this account and will report the settlement to the credit reporting agencies.

Please be aware Federal law requires Truist to file a 1099-C if the amount of debt forgiven exceeds $600.00. Please consult your tax advisor, if you have any tax-related questions.

If you do not accept the terms of the settlement, it will void the settlement offer and you will be required to pay the total outstanding balance of $ 3,431.16 as of the date of this letter.

**To accept this settlement you must:**
1. Return this letter with your signature indicating your acceptance of the offer no later than 30 days from the date of this letter and;
2. Provide payment as agreed according to the terms of the settlement.

**Payment may be made by certified funds:**
- Check by phone or debit from your Truist account by calling 800.211.9625
- Sending funds via
  - US Mail or Overnight service to Truist Bank, Attn: Payment Processing (Mail Code 306-40-06-15), 1001 Semmes Ave, Richmond, VA 23224
- Visiting a Truist Bank branch

**If you have any questions, please contact your account representative at 800.211.9625 Monday through Friday 8 a.m. to 5 p.m., ET.**

**Please sign below:**

KWAME OPEYO, upon acceptance of the terms of this letter as indicated by your signing below and returning this letter to us along with your payment, there will be not only a settlement of all amounts you owe us in connection with the account referenced above, but also a release of Truist Bank and its affiliates of any and all claims you have or might have as to Truist Bank or its affiliates in connection with the above referenced account and any of the notifications, demands or negotiations leading up to this full compromise. We are very pleased that we were able to come to terms and resolve this matter with you.

Accepted and Agreed to this 17th day of November, 2023:

_____
KWAME OPEYO]

_____
Truist Bank Representative

Enclosure(s):    Important Federal and State Disclosures

# EXHIBIT B



**Truist Bank**
P.O. Box 1489
Lumberton, NC 28358
Tel.: 888.765.1808
TDD.: 888.833.4228

August 15, 2024

Kwame Opeyo

Re: Account ending in: ▮▮▮▮▮2311

## SETTLEMENT

The above referenced account is settled with Truist Bank. No further funds are due regarding this matter.

Internal Revenue Ruling 6050-P requires banks to notify the Internal Revenue Service of any debt amount in excess of $600.00 that is forgiven by the bank. The Internal Revenue Service may treat the amount of canceled debt as income and tax you accordingly.

If you have any questions, please do not hesitate to contact us at 888.765.1808 Monday through Friday 8 a.m. to 5 p.m. ET.

Sincerely,

Recovery Department
Truist Bank

Enclosures:    Important Federal and State Disclosures

# EXHIBIT C

# Credit report

TransUnion    Equifax    Experian    All bureaus

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|



| Report date | Sep 26, 2024 | Sep 26, 2024 | Sep 26, 2024 |
|---|---|---|---|

## Personal info

| Reported names | Kwame C Opeyo | Kwame Opeyo | Kwame Opeyo |
|---|---|---|---|
| | | Kwame Caesar Opeyo | Opeyo Kwame |
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

Hide Details  ⊖



May 29, 2023                    **$3,431.00**
                               TRUIST BANK

**Account details**

| | |
|---|---|
| Account Number | ████ XXXX |
| Date Opened | Nov 26, 2018 |
| Last Activity | Apr 1, 2023 |
| Original Creditor | |
| Monthly Payment | $0.00 |
| Term Source Type | |
| Current Rating | Collection/Charge-off |
| Status | Charge Off |
| Type | Individual |
| High Balance | |
| Unpaid Balance | $3,431.00 |
| Highest Adverse Rating | Collection/Charge-off |
| Most Recent Adverse Rating | No Data Available |
| Comments | Charged Off Account |

**Account details**

You've Made 85% Of Payments For This Account On Time.

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | 90 | 120 | 120 | 120 | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | 30 | 30 | 60 |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | | | | | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

✓ Paid on time
30 30 days past due
60 60 days past due
90 90 days past due
120 120 days past due
150 150 days past due
BR Bankruptcy
RF Repossession or foreclosure
CC Collection or charge off
VS Voluntary surrender
N/A No data available



# EXHIBIT D



The Law Offices of
# ROBERT S. GITMEID & ASSOC., PLLC

September 26, 2024

**VIA CERTIFIED MAIL**
Transunion Consumer Solutions          Equifax Information Services, LLC
P.O. Box 2000                          P.O. Box 740256
Chester, PA 19016                      Atlanta, GA 30374

Experian
P.O. Box 4500
Allen, TX 75013

|  |  |
|---|---|
| Re: | Kwame Opeyo |
| Creditor: | Truist Bank |
| Account No.: | Ending in 2311 |
| SSN: | Ending in ▮▮ |
| Address: | ▮▮▮▮▮▮▮ |

Dear Sir and/or Madam,

Please be advised that this office was retained to represent Kwame Opeyo with respect to his claims for violations under the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. (the "FCRA") and other claims related to unlawful credit reporting practices.

On or about November 17, 2023, Mr. Opeyo and Truist Bank ("Truist") entered into a settlement agreement for the above-referenced account. A copy of the settlement agreement is attached herein for your review. Pursuant to the terms of the settlement, Mr. Opeyo was required to make a lump sum payment totaling $1,546.00 to settle and close his Truist account. Mr. Opeyo, via his debt settlement representative, timely made the requisite settlement payment. A paid in full letter is attached herein for your review.

However, nearly a year later, Mr. Opeyo's account continues to be negatively reported. In particular, on a requested credit report dated September 26, 2024, Mr. Opeyo's account was reported with a status of "Collection/Charge-off", a balance of $3,431.00 and a past due balance of $0.00. The relevant portion of Mr. Opeyo's credit report is attached herein for your review. The trade line was inaccurately reported. As evidenced by the enclosed documents, the account was settled in full and has a balance of $0.00.

Please take notice that this dispute is made pursuant to 15 U.S.C. § 1681i under the FCRA. Therefore, if this inaccuracy is not corrected within thirty (30) days, we will pursue further legal process on behalf of our client.

Thank you for your prompt attention to this important matter.

Very truly yours,

Caroline Zak
Paralegal
The Law Offices of Robert S. Gitmeid
& Associates, PLLC
Caroline.Z@gitmeidlaw.com
(866) 249-1137



**Truist Bank**
P.O. Box 85041
Richmond, VA 23285
Tel.: 800.211.9625
TDD: 888.833.4228

November 17, 2023

KWAME OPEYO

RE:  Account Number ████████2311

Dear KWAME OPEYO:

As per our telephone conversation, Truist Bank is offering you the following settlement on your above referenced account.

Upon payment and receipt by Truist Bank of funds in the amount of $1,546.00, to be paid in lump sum by 11/30/2023, Truist will accept this amount in settlement of the balance you owe.. Truist further agrees to forgo any further collection activities with regard to this account and will report the settlement to the credit reporting agencies.

Please be aware Federal law requires Truist to file a 1099-C if the amount of debt forgiven exceeds $600.00. Please consult your tax advisor, if you have any tax-related questions.

If you do not accept the terms of the settlement, it will void the settlement offer and you will be required to pay the total outstanding balance of $ 3,431.16 as of the date of this letter.

**To accept this settlement you must:**
1.  Return this letter with your signature indicating your acceptance of the offer no later than 30 days from the date of this letter and;
2.  Provide payment as agreed according to the terms of the settlement.

**Payment may be made by certified funds:**
- Check by phone or debit from your Truist account by calling 800.211.9625
- Sending funds via
    - US Mail or Overnight service to Truist Bank, Attn: Payment Processing (Mail Code 306-40-06-15), 1001 Semmes Ave, Richmond, VA 23224
- Visiting a Truist Bank branch

**If you have any questions, please contact your account representative at 800.211.9625 Monday through Friday 8 a.m. to 5 p.m., ET.**

**Please sign below:**

KWAME OPEYO, upon acceptance of the terms of this letter as indicated by your signing below and returning this letter to us along with your payment, there will be not only a settlement of all amounts you owe us in connection with the account referenced above, but also a release of Truist Bank and its affiliates of any and all claims you have or might have as to Truist Bank or its affiliates in connection with the above referenced account and any of the notifications, demands or negotiations leading up to this full compromise.  We are very pleased that we were able to come to terms and resolve this matter with you.

Accepted and Agreed to this 17th day of November, 2023:

_____
KWAME OPEYO]

_____
Truist Bank Representative

Enclosure(s):    Important Federal and State Disclosures



**Truist Bank**
P.O. Box 1489
Lumberton, NC 28358
Tel.: 888.765.1808
TDD.: 888.833.4228

August 15, 2024

Kwame Opeyo

███████████████████████

Re: Account ending in: ████████2311

## SETTLEMENT

The above referenced account is settled with Truist Bank. No further funds are due regarding this matter.

Internal Revenue Ruling 6050-P requires banks to notify the Internal Revenue Service of any debt amount in excess of $600.00 that is forgiven by the bank. The Internal Revenue Service may treat the amount of canceled debt as income and tax you accordingly.

If you have any questions, please do not hesitate to contact us at 888.765.1808 Monday through Friday 8 a.m. to 5 p.m. ET.

Sincerely,

Recovery Department
Truist Bank

Enclosures:    Important Federal and State Disclosures

# Credit report

TransUnion | Equifax | Experian | All bureaus

| Bureau | TransUnion | Equifax | Experian |
|---|---|---|---|
| [redacted] | | | |
| Report date | Sep 26, 2024 | Sep 26, 2024 | Sep 26, 2024 |

[redacted]

## Personal info

| | | | |
|---|---|---|---|
| Reported names | Kwame C Opeyo | Kwame Opeyo<br>Kwame Caesar Opeyo | Kwame Opeyo<br>Opeyo Kwame |
| DOB | [redacted] | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

[redacted]

Hide Details ⊖



May 29, 2023                     $3,431.00
                                 ↙ TRUST BANK

**Account details**

Account Number          ▮▮▮▮XXXX

Date Opened             Nov 26, 2018

Last Activity           Apr 1, 2023

Original Creditor

Monthly Payment         $0.00

Term Source Type

Current Rating          Collection/Charge-off

Status                  Charge Off

Type                    Individual

High Balance

Unpaid Balance          $3,431.00

Highest Adverse         Collection/Charge-
Rating                  off

Most Recent Adverse     No Data
Rating                  Available

Comments                Charged Off Account

**Account details**

You've Made 85% Of Payments For This
Account On Time.

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | 90  | 120 | 120 | 120 |     |     |
|      | Jul | Aug | Sep | Oct | Nov | Dec |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | 30  | 30  | 60  |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|------|-----|-----|-----|-----|-----|-----|
|      |     |     |     |     | ✓   | ✓   |
|      | Jul | Aug | Sep | Oct | Nov | Dec |
|      | ✓   | ✓   | ✓   | ✓   | ✓   | ✓   |

✓   Paid on time

[30]  30 days past due

[60]  60 days past due

[90]  90 days past due

[120] 120 days past due

[150] 150 days past due

[BR]  Bankruptcy

[RF]  Repossession or foreclosure

[CO]  Collection or charge off

[VS]  Voluntary surrender

[N/A] No data available

collection agency

TRUIST BANK
150 S STRATFORD RD
WINSTON SALEM, NC 27104
(336) 733-2000

Account ID:

4734



# EXHIBIT E

# Credit report

| | TransUnion | Equifax | Experian | All bureaus |

| Bureau | TransUnion | EQUIFAX | experian |
|---|---|---|---|

| Report date | Nov 6, 2024 | Nov 6, 2024 | Nov 6, 2024 |

## Personal info

| Reported names | Kwame C Opeyo | Kwame Opeyo<br>Kwame Caesar Opeyo | Kwame Opeyo<br>Opeyo Kwame |
|---|---|---|---|
| DOB | | | |
| SSN | | | |
| Employment info | | | |
| Addresses | | | |

## Account summary

| Hide Details ⊖ | Oct 11, 2023 | $0.00<br>TRUIST | May 29, 2023 | $3,431.00<br>TRUIST BANK |
|---|---|---|---|---|
| | **Account details** | | **Account details** | |
| | Account Number | ▓▓▓▓XXXX | Account Number | ▓▓▓▓XXXX |
| | Date Opened | Nov 26, 2018 | Date Opened | Nov 26, 2018 |
| | Last Activity | Oct 11, 2023 | Last Activity | Apr 1, 2023 |
| | Original Creditor | | Original Creditor | |
| | Monthly Payment | $0.00 | Monthly Payment | $0.00 |
| | Term Source Type | | Term Source Type | |
| | Current Rating | Collection/Charge-off | Current Rating | Collection/Charge-off |

| | | | | | |
|---|---|---|---|---|---|
| Status | Closed | | | | |
| Type | Individual | | | | |
| High Balance | $4,727.00 | | | | |
| Unpaid Balance | $0.00 | | | | |
| Highest Adverse Rating | Collection/Charge off | | | | |
| Most Recent Adverse Rating | Collection/Charge off | | | | |
| Comments | Settled Less Than Full Balance | | | | |

**Account details**

No History Is Available

**Collection agency**

TRUIST

Account ID: ▆▆▆▆▆▆▆▆▆▆1360

| | | | | | |
|---|---|---|---|---|---|
| Status | Charge Off | | | | |
| Type | Individual | | | | |
| High Balance | | | | | |
| Unpaid Balance | $3,431.00 | | | | |
| Highest Adverse Rating | Collection/Charge off | | | | |
| Most Recent Adverse Rating | No Data Available | | | | |
| Comments | Charged Off Account | | | | |

**Account details**

You've Made 85% Of Payments For This Account On Time

| 2023 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | 90 | 120 | 120 | 120 | | |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | | | | | | |

| 2022 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | 30 | 30 | 60 |

| 2021 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2020 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| 2019 | Jan | Feb | Mar | Apr | May | Jun |
|---|---|---|---|---|---|---|
| | | | | | ✓ | ✓ |
| | Jul | Aug | Sep | Oct | Nov | Dec |
| | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ |

| | |
|---|---|
| ✓ | Paid on time |
| 30 | 30 days past due |
| 60 | 60 days past due |
| 90 | 90 days past due |
| 120 | 120 days past due |
| 150 | 150 days past due |
| BR | Bankruptcy |
| RF | Repossession or foreclosure |
| CC | Collection or charge off |
| VS | Voluntary surrender |
| N/A | No data available |

**Collection agency**

TRUIST BANK
150 S STRATFORD RD
WINSTON SALEM, NC 27104
(336) 733-2000

Account ID: ▆▆▆▆▆▆▆▆e734

## General Civil and Domestic Relations Case Filing Information Form

☑ **Superior** or ☐ **State Court of** Fulton _____ **County**

| For Clerk Use Only | |
|---|---|
| **Date Filed** _____1/21/2025_____ | **Case Number** _____25CV000909_____ |
| **MM-DD-YYYY** | |

**Plaintiff(s)**

OPEYO   KWAME

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Defendant(s)**

Truist      Bank

| Last | First | Middle I. | Suffix | Prefix |
|---|---|---|---|---|
| EQUIFAX | INFORMATION | SERVICES | LLC | |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |
| Last | First | Middle I. | Suffix | Prefix |

**Plaintiff's Attorney** LaTonya Sims _____ **State Bar Number** 711135 _____ **Self-Represented** ☐

### Check one case type and one sub-type in the same box (if a sub-type applies):

**General Civil Cases**

- ☐ Automobile Tort
- ☐ Civil Appeal
- ☐ Contempt/Modification/Other Post-Judgment
- ☐ Contract
- ☐ Garnishment
- ☐ General Tort
- ☐ Habeas Corpus
- ☐ Injunction/Mandamus/Other Writ
- ☐ Landlord/Tenant
- ☐ Medical Malpractice Tort
- ☐ Product Liability Tort
- ☐ Real Property
- ☐ Restraining Petition
- ☑ Other General Civil

**Domestic Relations Cases**

- ☐ Adoption
- ☐ Contempt
  - ☐ Non-payment of child support, medical support, or alimony
- ☐ Dissolution/Divorce/Separate Maintenance/Alimony
- ☐ Family Violence Petition
- ☐ Modification
  - ☐ Custody/Parenting Time/Visitation
- ☐ Paternity/Legitimation
- ☐ Support – IV-D
- ☐ Support – Private (non-IV-D)
- ☐ Other Domestic Relations

☐ Check if the action is related to another action pending or previously pending in this court involving some or all of the same: parties, subject matter, or factual issues. If so, provide a case number for each.

_____   _____
**Case Number**                    **Case Number**

☑ I hereby certify that the documents in this filing, including attachments and exhibits, satisfy the requirements for redaction of personal or confidential information in OCGA § 9-11-7.1.

☐ Is a foreign language or sign-language interpreter needed in this case? If so, provide the language(s) required.

_____
**Language(s) Required**

☐ Do you or your client need any disability accommodations? If so, please describe the accommodation request.

Version 1.1.20



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
## SUMMONS

KWAME OPEYO _____ ) Case
                                 ) No.: ____25CV000909_____
                                 )
_____ )
          **Plaintiff,** )
                                 )
    **vs.** )
TRUIST BANK and _____ )
                                 )
EQUIFAX INFORMATION SERVICES, LLC )
        **Defendants** )
                                 )
                                 )
                                 )

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at
https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and
serve upon plaintiff's attorney, whose name and address is:

      LaTonya Sims, Esq.
      Law Offices of Robert S. Gitmeid & Assoc., PLLC
      30 Wall Street, 8th Floor #741
      New York, NY 10005

An answer to the complaint which is herewith served upon you, within 30 days after service of this
summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed
within five (5) business days of such service. Then time to answer shall not commence until such proof of
service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN
AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This_____1/21/2025_____day of_____, 20 _____

                              Honorable Ché Alexander, Clerk of

                              Superior Court

                              By_____

                                   Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

                                   Deputy Sherriff

Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used



# IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA
### 136 PRYOR STREET, ROOM J2 C-103, ATLANTA, GEORGIA 30303
### SUMMONS

KWAME OPEYO

          **Plaintiff,**

    **vs.**

TRUIST BANK and

EQUIFAX INFORMATION SERVICES, LLC

          **Defendants**

) Case
) No.:    25CV000909
)
)
)
)
)
)
)
)
)
)
)
)
)

TO THE ABOVE NAMED DEFENDANT(S):

You are hereby summoned and required to file electronically with the Clerk of said Court at https://efilega.tylertech.cloud/OfsEfsp/ui/landing (unless you are exempt from filing electronically) and serve upon plaintiff's attorney, whose name and address is:

> LaTonya Sims, Esq.
> Law Offices of Robert S. Gitmeid & Assoc., PLLC
> 30 Wall Street, 8th Floor #741
> New York, NY 10005

An answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service; unless proof of service of this complaint is not filed within five (5) business days of such service. Then time to answer shall not commence until such proof of service has been filed. **IF YOU FAIL TO DO SO, JUDGMENT BY DEFAULT WILL BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

This ___1/21/2025___ day of _____, 20 _____

                 Honorable Ché Alexander, Clerk of

                 Superior Court

                 By_____

                       Deputy Clerk

To defendant upon whom this petition is served:
This copy of complaint and summons was served upon you _____, 20_____

                       Deputy Sherriff

**Instructions: Attach addendum sheet for additional parties if needed, make notation on this sheet if addendum is used**

Fulton County Superior Court
***EFILED***QW
Date: 2/5/2025 10:22 AM
Che Alexander, Clerk

# IN THE SUPERIOR COURT OF FULTON COUNTY
## STATE OF GEORGIA

Kwame Opeyo,
      Plaintiff(s),

v.

Equifax Information Services, LLC, Truist Bank,
      Defendant(s).

CIVIL ACTION
NO.: 25CV000909

## ORDER FOR SERVICE AND, IF APPLICABLE, TO FILE DEFAULT MOTION

This case is subject to the Court's Standing Case Management Order (SCMO), which is found at https://www.fultonsuperiorcourtga.gov/sites/default/files/judges/forms/mcafee_amended_standing_cmo_civil_r.pdf. The rules and procedures contained in the SCMO will govern the prosecution of this case and the conduct of the parties.

The Court hereby ORDERS Plaintiff(s) to effect service on Defendant(s) and file evidence within 60 days of the filing of this action. In the event that service is perfected on Defendant(s) within 60 days of the filing of this action, and the Defendant(s) is/are in default, Plaintiff(s) is/are further ORDERED to file a properly supported default motion within 60 days after the date of service. If the Defendant(s) is/are currently in default, Plaintiff(s) has/have 15 days from the date of this Order to file a properly supported default motion.

Failure to comply with this Order shall result in the dismissal of the claim(s) for want of prosecution.[1]

SO ORDERED this 5th day of February, 2025.

_____
Judge Scott McAfee
Fulton County Superior Court
Atlanta Judicial Circuit

*Filed and served electronically via eFile-Ga.*

_____
[1] Pursuant to O.C.G.A. § 9-11-41 (b), the Court is authorized to exercise its inherent power to enter an order of involuntary dismissal sua sponte. *Swartzel v. Garner*, 193 Ga. App. 267, 267 (1989); *Krasner v. Verner Auto Supply*, 130 Ga. App. 892 (1974).

Fulton County Superior Court
***EFILED***SJ
Date: 2/10/2025 12:26 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

KWAME OPEYO,
Plaintiff,

Case No: 25CV000909

VS.

TRUIST BANK, ET AL.
Defendant,

### AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

**Served Truist Bank on 1/30/25 at 12:32 pm by serving registered agent, Corporation Service Company at 2 SUN CT STE 400, PEACHTREE CORNERS, GA 30092. Alisha Smith accepted service as process coordinator, Black female, 30s, 5 foot seven, 160 pounds, with black hair**

Documents: Summons, Complaint & General Civil and Domestic Relations Case Filing Information Form

This    /    day of   Feb 2025

Notary Public

Christopher Stanton

Fulton County Superior Court
***EFILED***SJ
Date: 2/10/2025 12:26 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY, GEORGIA

KWAME OPEYO,
Plaintiff,

Case No: 25CV000909

VS.

Equifax Information
Services, LLC, ET AL.
Defendant,

### AFFIDAVIT

My name is CHRIS STANTON. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Georgia. I have personal knowledge of the facts and statements contained in this affidavit and aver that each is true and correct. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude

**Served Equifax Information Services, LLC on 1/30/25 at 12:32 pm by serving registered agent, Corporation Service Company at 2 SUN CT STE 400, PEACHTREE CORNERS, GA 30092. Alisha Smith accepted service as process coordinator, Black female, 30s, 5 foot seven, 160 pounds, with black hair**

Documents:  Summons, Complaint & General Civil and Domestic Relations Case Filing Information Form

This    /    day of  Feb 2025

Notary Public

Christopher Stanton

MARIA BORMANN NOTARY
MY COMMISSION EXPIRES
NOTARY
PUBLIC
JUNE 11, 2027
DEKALB COUNTY, GEORGIA

Fulton County Superior Court
***EFILED***SJ
Date: 2/27/2025 1:13 PM
Che Alexander, Clerk

IN THE SUPERIOR COURT OF FULTON COUNTY
STATE OF GEORGIA

KWAME OPEYO,                          )
                                      )
        Plaintiff,                    )
                                      )
                                      )        CIVIL ACTION FILE
v.                                    )        NO. 25CV000909
                                      )
                                      )
TRUIST BANK and EQUIFAX               )
INFORMATION SERVICES, LLC,            )
                                      )
        Defendant.                    )
_____   )

## JOINT STIPULATION TO EXTEND DEFENDANTS DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT

COME NOW, Equifax Information Services, LLC ("Equifax or "Defendant") and

Plaintiff Kwame Opeyo ("Plaintiff"), by and through their undersigned counsel, to file this Joint

Stipulation to Extend Defendant's Deadline to Respond to Plaintiff's Complaint for Rescission,

Reformation, and Declaratory Judgment.

All parties have agreed that Defendant shall have up, through and including, April 2,

2025, to timely answer, raise defenses and otherwise respond to Plaintiff's Complaint. It is so

stipulated.

Respectfully submitted this 27th day of February, 2025.

*/s/ LaTonya Sims*
LaTonya Sims, Esq.
Ga. Bar No. 711135
*Attorneys for Plaintiff*

**LAW OFFICES OF ROBERT S.
GITMEID &ASSOCIATES, PLLC**
LaTonya.s@gitmeidlaw.com
100 Galleria Parkway, Suite 1570
Atlanta GA 30339
Ph. 770-874-2445

*/s/ Kristin Zielmanski*
Kristin Zielmanski
Georgia Bar No. 300286
Christine Kapur
Georgia Bar No. 197008
*Counsel for Equifax Information Services, LLC*

**EQUIFAX INFORMATION SERVICES,
LLC**
1550 Peachtree St.
Atlanta, GA 30309
Phone: (404) 885-8066
Facsimile: (404) 885-1777
Christine.kapur@equifax.com

### CERTIFICATE OF SERVICE

I hereby certify that the within and foregoing **JOINT STIPULATION TO EXTEND DEFENDANTS DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT** has been served via eFileGA.


This 27th day of February, 2025.

> /s/ Kristin Zielmanski
> Kristin Zielmanski
> Georgia Bar No. 300286
> Christine Kapur
> Georgia Bar No. 197008
> *Counsel for Equifax Information Services, LLC*


**EQUIFAX INFORMATION
SERVICES, LLC**
1550 Peachtree St.
Atlanta, Georgia 30309
Ph. 404-885-8066
Fax 404-885-1777
Christine.kapur@equifax.com